UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARILINE MERISIER, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 3:19-CV-02911-X-BN |
| v. § | |
| § | |
| JOHNSON COUNTY, TEXAS, et. al., § | |
| § | |
| *Defendants*. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DISMISSES WITHOUT PREJUDICE** the claims against Casey McGregor under 28 U.S.C. § 1406(a).[1]

---

[1] The Court notes that Nebraska Furniture Mart, a defendant at the time the United States Magistrate Judge made its findings, conclusions, and recommendation, is no longer a party to the case.

**IT IS SO ORDERED** this 24th day of February, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE