UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARILINE MERISIER, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:19-CV-02911-X-BN |
| JOHNSON COUNTY, TEXAS, et. al., | § § § | |
| *Defendants.* | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge.

The Court therefore **GRANTS** defendants Denton County Criminal District Attorney's Office and Michael Dickens' motion to transfer venue [Doc. No. 11] and **SEVERS** Counts IV, V, VI, VII, VIII, IX, X, and XI in plaintiff Cariline Merisier's first amended complaint [Doc. No. 5] against defendants Denton County Criminal District Attorney's Office, Michael Dickens, TXFM, Inc., and Casey McGregor and **TRANSFERS** those aspects of this case to the Sherman Division of the Eastern District of Texas.

Accordingly, the Court also **DISMISSES AS MOOT** and without prejudice to

1

their refiling in the Sherman Division of the Eastern District of Texas the following motions now pending in this district: (1) defendants Denton County Criminal District Attorney's Office and Michael Dickens's motion to dismiss Merisier's claims against them under Federal Rule of Civil Procedure 12(b)(6) [Dkt Nos. 13 & 14]; (2) their motion to stay discovery [Dkt. No. 15]; and (3) defendant TXFM, Inc.'s motion to dismiss Merisier's claims against it under Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6) [Dkt. No. 18].

**IT IS SO ORDERED** this 6th day of July, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE