UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLINE MERISIER | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-520-SDJ |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL. | § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 31, 2021, the Report of the Magistrate Judge, (Dkt. #77), was entered containing proposed findings of fact and recommendations that Defendant Denton County Criminal District Attorney's Office's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6), (Dkt. #61), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Denton County Criminal District Attorney's Office's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6), (Dkt. #61), is **GRANTED** and Plaintiff Carline Merisier's claims against Defendant Denton County Criminal District Attorney's Office are **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 29th day of April, 2021.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE