UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLINE MERISIER | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-520-SDJ |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 31, 2021, the Report of the Magistrate Judge, (Dkt. #78), was entered containing proposed findings of fact and recommendations that Defendants TXFM Inc. and Casey McGregor's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. #66), be granted. The Magistrate Judge similarly found that Plaintiff's claims against Defendant David Coulon should be dismissed with prejudice (Dkt. #78 at p. 10). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants TXFM Inc. and Casey McGregor's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. #66), is **GRANTED.** Plaintiff Carline Merisier's claims against Defendants TXFM Inc., Casey McGregor, and David Coulon are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 29th day of April, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE