UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLINE MERISIER | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-520-SDJ |
| | § | |
| JOHNSON COUNTY, TEXAS, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 4, 2021, the Report of the Magistrate Judge, (Dkt. #79), was entered containing proposed findings of fact and recommendations that Defendant Michael Dickens's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6), (Dkt. #62), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Michael Dickens's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6), (Dkt. #62), is **GRANTED** and Plaintiff Carline Merisier's claims against Defendant Michael Dickens are **DISMISSED**.

**So ORDERED and SIGNED this 29th day of April, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE